

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-14-00360-CV

Jennifer L. **ZUNIGA**,
Appellant/Cross-Appellee

v.

Christopher **MEDINA** (Cross-Appellant), Richard Medina, and Shelly Medina,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10872
Honorable Larry Noll, Judge Presiding

# O R D E R

The motion for extension of time to file briefs is granted. We order the appellees' brief of Christopher Medina, Richard Medina, and Shelly Medina due October 21, 2016. We order cross-appellant Christopher Medina's reply brief due October 21, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

Keith E. Hottle
Clerk of Court